UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
JADITA JONES,
NATALIE MITCHELL,

                        Plaintiffs,

        - against -

POLICE OFFICER SELWYN FONROSE
(TAX: # 919057, 67th PRECINCT),
POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7
(67TH PRECINCT),

                        Defendants.
--------------------------------------------------------------------X

**COMPLAINT**

**PLAINTIFF DEMANDS
TRIAL BY JURY ON
ALL ISSUES**

Plaintiffs, by their attorneys, **NASS & ROPER LAW, LLP**, complaining of the

Defendants, respectfully allege, upon information and belief, as follows:

### AS AND FOR A FIRST CAUSE OF ACTION
### IN NEGLIGENCE

1.     That the damages sought herein exclusive of interest, costs, and disbursements,

exceed $75,000, and that this action is being commenced within the time allowed by law for

institution of the action.

2.     That at all times herein mentioned, Plaintiffs, **JADITA JONES AND**

**NATALIE MITCHELL**, were, and still are residents of the City of New York, County of

Kings and State of New York.

3.     That upon information and belief and at all times herein mentioned, an individual

known as **POLICE OFFICER SELWYN FONROSE** was employed as a Police Officer by

NEW YORK CITY POLICE DEPARTMENT with Tax ID Number "919057," and was

assigned to and worked at the "67th Precinct," which had Police headquarters located at 2820 Snyder Avenue  New York, NY 11226.

4.      That, upon information and belief, at all times herein mentioned, **"POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,"** fictitious names whose identity is currently unknown, were employed as Police Officers, Detectives, or in some other capacity as an agents and/or employees of the NEW YORK CITY POLICE DEPARTMENT, an agency, department and/or subsidiary of CITY OF NEW YORK.

5.      That, upon information and belief, at all times herein mentioned, the individuals **POLICE OFFICER SELWYN FONROSE** , and **"POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,"** as well as other Police Officer(s), Detectives, and/or other agents and/or employees of NEW YORK CITY POLICE DEPARTMENT underwent a training program in order to become Police officers, detectives, and/or agents and employees of  CITY OF NEW YORK that included the proper procedures by which to approach, question, search, and if necessary, detain an individual suspected of a crime.

6.      That on or about March 10, 2011, at approximately 2:30 p.m., while Plaintiffs, **JADITA JONES AND NATALIE MITCHELL**, were inside an apartment located at 180 Linden Boulevard in Brooklyn, NY, Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** broke down the door of their apartment with guns drawn and forced both plaintiffs to the ground.

7.      That at the above-mentioned time and location, Defendants placed both **JADITA JONES AND NATALIE MITCHELL** in handcuffs without first even telling them why they were in their apartment.

8.      That at the above-mentioned time and location, **JADITA JONES AND NATALIE MITCHELL** asked Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** why they were being arrested, and they were told by defendants that the police had a "warrant" and that there was some "illegal activities" taking place in the home of Plaintiff, **NATALIE MITCHELL.**

9.      That at the above-mentioned time and location, Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** refused to show Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** a warrant, but proceeded to search the entire apartment while both plaintiffs remained in handcuffs on the floor with guns pointed at them.

10.     That at the above-mentioned time and location, Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** then strip-searched Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** in the bathroom without any cause to think either plaintiff was hiding anything.

11.     That at the above-mentioned time and location, Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** after finding nothing in the apartment or on the person of either Plaintiff, walked Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** downstairs and into the street in broad daylight in handcuffs, placed them in a police cruiser, and brought them to the 67th precinct to process their arrests.

12.     That, upon information and belief, NEW YORK CITY POLICE DEPARTMENT and/or CITY OF NEW YORK, failed to adequately supervise, control, discipline, and/or otherwise prevent and penalize the conduct, and the acts of Police Officer(s),

3

Detectives, and/or other agents and/or employees of Defendants involved in the incident herein, and other related inappropriate behavior.

13.     That, upon information and belief, at all times mentioned herein and particularly prior to March 13, 2012, NEW YORK CITY POLICE DEPARTMENT and/or CITY OF NEW YORK, failed to take all reasonable steps to eliminate the aforesaid conduct of Police Officer(s), Detectives, and/or other agents and/or employees of Defendants, towards the public, including Plaintiffs, and to prevent it from occurring in the future, and failed to adequately supervise, control, discipline, and/or otherwise prevent and penalize the conduct, and the acts of Police Officer(s), Detectives, and/or other agents and/or employees of Defendants, related to their purported prior acts of violent and forceful altercations with lawfully present pedestrians, including Plaintiffs, and other related inappropriate behavior.

14.     That by reason of the foregoing negligence on behalf of Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** have been caused to sustain serious permanent personal injuries of mind as well as special damages and loss and/or diminution in their enjoyment of life, and that as a result of the foregoing, the Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** have sustained damages, which exceed the jurisdictional limit of this Court, exclusive of interest, costs, and disbursements and/or Plaintiffs have been damaged in a sum not to exceed TWO MILLION FIVE HUNDRED THOUSAND ($2,500,000) DOLLARS.

## AS AND FOR A SECOND CAUSE OF ACTION
## FOR FALSE ARREST

4

15.     That at all times herein mentioned, Plaintiffs repeat, reiterate and reallege each and every allegation contained herein as though set forth at length herein.

16.     That, at the above-mentioned date and location, immediately after the above-described search of their vehicle, Plaintiffs were handcuffed by Defendants, Police Officer(s), Detectives, and/or other agents and/or employees of Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7**, and placed in a Police Vehicle and taken to the 67th Precinct office of the NEW YORK CITY POLICE DEPARTMENT, located at 2820 Snyder Avenue  New York, NY 11226, but were never read their *Miranda* rights and were not informed that criminal charges were to be brought against them.

17.     That Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** arrested Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** and charged them with Criminal Possession of Marihuana in the Fifth Degree despite the fact that marihuana was not in a public place at the time and the amount was not enough to substantiate the criminal charges.

18.     That on or about March 13, 2012, at approximately 6:30 p.m., the individuals **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,"** as well as other Police Officer(s), Detectives, and/or other agents and/or employees of NEW YORK CITY POLICE DEPARTMENT, and/or CITY OF NEW YORK accused and arrested plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** of having committed criminal act(s), to wit: Criminal Possession of Marihuana in the Fifth Degree, well knowing that Plaintiffs committed no such criminal act(s) and were acting within the scope of

5

their employment with NEW YORK CITY POLICE DEPARTMENT and/or CITY OF NEW YORK.

19.     That, upon information and belief, on or about March 13, 2012, Plaintiffs, **JADITA JONES AND NATALIE MITCHELL**, were detained initially at the 67th Precinct office of the NEW YORK CITY POLICE DEPARTMENT, located at 2820 Snyder Avenue, New York, NY 11226, where they remained in custody for approximately four (4) hours until they were given desk appearance tickets and released.

20.     That, upon information and belief, on or about April 13, 2011, Plaintiffs, **JADITA JONES AND NATALIE MITCHELL**, appeared at the Kings County Criminal Courthouse at 120 Schemerhorn Street in Brooklyn, NY and they were told that all charges would be dismissed.

21.     That, under the circumstances herein, the Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** falsely arrested, Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** and they sustained emotional overlay, stress, anxiety, humiliation, embarrassment, tension, and that as a result of the foregoing, the Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** have sustained damages, which exceed the jurisdictional limit of this Court, exclusive of interest, costs, and disbursements and/or Plaintiff has been damaged in a sum not to exceed TWO MILLION FIVE HUNDRED THOUSAND ($2,500,000) DOLLARS.

## AS AND FOR A THIRD CAUSE OF ACTION
## FOR FALSE AND UNJUST DETENTION

22.     That at all times herein mentioned, Plaintiffs repeat, reiterate and reallege each and every allegation contained herein as though set forth at length herein.

23.    That as a result of the foregoing, Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** were held and detained by Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** and Police officer(s), detective(s), agent(s) and/or employee(s) of NEW YORK CITY POLICE DEPARTMENT and/or CITY OF NEW YORK against their will and without just or any cause and that the foregoing constitutes false and unjust detention of plaintiffs.

24.    That as a result of the foregoing negligence on behalf of Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** Plaintiffs, **JADITA JONES AND NATALIE MITCHELL**, have sustained damages for serious permanent personal injuries of mind as well as special damages and loss and/or diminution in their enjoyment of life, which exceed the jurisdictional limit of this Court, exclusive of interest, costs, and disbursements and/or Plaintiff has been damaged in a sum not to exceed TWO MILLION FIVE HUNDRED THOUSAND ($2,500,000) DOLLARS.

## AS AND FOR A FOURTH CAUSE OF ACTION
## FOR FALSE IMPRISONMENT

25.    That at all times herein mentioned, Plaintiffs repeat, reiterate and reallege each and every allegation contained herein as though set forth at length herein.

26.    That as a result of the foregoing, Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** were held, detained and incarcerated by Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** Police officers, detectives, agents and/or employees of NEW YORK CITY POLICE DEPARTMENT and/or CITY OF NEW YORK.

7

27.     That Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** Police officers, detectives, agents and/or employees of NEW YORK CITY POLICE DEPARTMENT and/or CITY OF NEW YORK, as well as prosecutors employed by CITY OF NEW YORK, intentionally confined Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** who were aware of such confinement, within the definite physical boundaries of a police precinct, criminal courthouse holding cell, jail cell, and/or other place of incarceration, with no reasonable means to contest said unlawful detention.

28.     That as a result of the foregoing, Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** were FALSELY IMPRISONED by the defendants herein, against their will and without just or any cause.

29.     That by reason of the foregoing negligence on behalf of Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** have been caused to sustain serious permanent personal injuries of mind as well as special damages and loss and/or diminution in their enjoyment of life, and that as a result of the foregoing, the Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** have sustained damages, which exceed the jurisdictional limit of this Court, exclusive of interest, costs, and disbursements and/or Plaintiffs have been damaged in a sum not to exceed TWO MILLION FIVE HUNDRED THOUSAND ($2,500,000) DOLLARS.

## AS AND FOR A FIFTH CAUSE OF ACTION
## FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

30.     That at all times herein mentioned, Plaintiffs repeat, reiterate and reallege each and every allegation contained herein as though set forth at length herein.

31.     That as a result of the aforementioned extreme and outrageous conduct intentionally inflicted by Police officers, detectives, agents and/or employees of Defendants, **POLICE OFFICER SELWYN FONROSE and POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** as well as prosecutors employed by CITY OF NEW YORK, Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** suffered severe emotional and/or mental distress, including but not limited to emotional overlay, depression, stress, anxiety, humiliation, embarrassment and tension.

32.     That as a result of the foregoing intentional, extreme and outrageous acts of the Defendants, Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** suffered severe emotional and/or mental distress, all of which are permanent in nature, and that as a result of the foregoing, the Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** have sustained damages, which exceed the jurisdictional limit of this Court, exclusive of interest, costs, and disbursements and/or Plaintiff has been damaged in a sum not to exceed TWO MILLION FIVE HUNDRED THOUSAND ($2,500,000) DOLLARS.

### AND AS FOR AN SIXTH CAUSE OF ACTION FOR
### VIOLATION OF CIVIL RIGHTS PURSUANT TO 42 U.S.C.A. §1983

33.     That at all times herein mentioned, Plaintiffs repeat, reiterate and reallege each and every allegation contained herein as though set forth at length herein.

34.     That Defendants, in existence, employed, and/or acting under the color and authority of statutes, ordinances, regulations, customs, or usages of the State of New York, failed to follow proper procedures in their conduct towards, and treatment of Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** all because of their race as African-Americans, which was violative of Plaintiffs', **JADITA JONES AND NATALIE**

9

**MITCHELL**, rights to due process and equal protection under the laws as guaranteed by the Constitution of the United States of America.

35.     That by reason of the foregoing, Plaintiffs, **JADITA JONES AND NATALIE MITCHELL**, citizens of the United States who have resided in the City, County and State of New York, were caused to be subjected to the deprivation of his rights, privileges, and immunities secured by the Constitution and laws of the United States pursuant to Title 42, Section 1983 of the United States Code.

36.     That by reason of the foregoing negligence on behalf of Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** have been caused to sustain serious permanent personal injuries of body and mind as well as special damages and loss and/or diminution in their enjoyment of life, and that as a result of the foregoing, the Plaintiffs, **JADITA JONES AND NATALIE MITCHELL**, have sustained damages, which exceed the jurisdictional limit of this Court, exclusive of interest, costs, and disbursements and/or Plaintiffs have been damaged in a sum not to exceed TWO MILLION FIVE HUNDRED THOUSAND ($2,500,000) DOLLARS.

**WHEREFORE**, Plaintiffs, **JADITA JONES AND NATALIE MITCHELL,** demand judgment against Defendants, **POLICE OFFICER SELWYN FONROSE AND POLICE OFFICER JOHN/JANE DOE(S) #'S 1-7,** on each of the aforementioned causes of action, all of which exceed the jurisdictional limit of this Court, exclusive of interest, costs, and disbursements and/or Plaintiffs demands judgment on each and every cause of action in a sum

not to exceed TWO MILLION FIVE HUNDRED THOUSAND ($2,500,000) DOLLARS,

together with costs and disbursements of this action.

Dated:      New York, NY
            November 27, 2012

                                    Yours, etc.

                                    _____
                                    JUSTIN M. ROPER, ESQ. (7328)

11

## ATTORNEY'S VERIFICATION

JUSTIN M. ROPER, ESQ., an attorney duly admitted to practice before the Courts of the

State of New York, affirms the following to be true under the penalties of perjury:

I am an attorney and member of NASS & ROPER LAW, LLP, attorneys for Plaintiffs,

JADITA JONES and NATALIE MITCHELL. I have read the annexed COMPLAINT and know

the contents thereof, and the same are true to my knowledge, except those matters therein which

are stated to be alleged upon information and belief, and as to those matters I believe them to be

true. My belief, as to those matters therein not stated upon knowledge, is based upon facts,

records, and other pertinent information contained in my files.

The reason this verification is made by me, and not Plaintiffs, is that Plaintiffs are not

presently in the county wherein the attorneys for the Plaintiffs maintain their offices.

DATED:      New York, New York
            November 27, 2012


                                                  _____
                                                  JUSTIN M. ROPER, ESQ. (JR7328)

12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

JADITA JONES AND NATALIE MITCHELL,

                              Plaintiff,

  – against –


POLICE OFFICER SELWYN FONROSE  (SH: # 22046, 75th  PRECINT)
POLICE OFFICER JOHN/JANE DOE(S) #'S 1-4 (75th  PRECINCT)

                       Defendants.
_____


_____

SUMMONS & VERIFIED COMPLAINT
_____



NASS & ROPER LAW, LLP
*Attorneys for Plaintiffs*
JADITA JONES and NATALIE MITCHELL
14 Penn Plaza, Suite 2004
New York, New York 10122
(718) 775-3246
Fax: (718) 775-3246*

_____

* Not for service of papers.